**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Skin Win Dermatology, P.C., | ) | |
| | ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff(s), | ) | **STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| Carlo Gavino, M.D., | ) | |
| | ) | Case No.: 1:23-cv-189 |
| Defendant(s). | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on March 25, 2024, at 10:00 a.m. before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 2nd day of November, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court